IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>[1] MAXIMILIANO FIGARO-BENJAMIN,<br>[2] EMILIANO FIGARO-BENJAMIN,<br>[3] KATERIN MARTINEZ-ALBERTO,<br>[4] ALEXANDRIA ANDINO-RODRIGUEZ,<br>[5] BERNARDO COPLIN-BENJAMIN,<br>[6] JOSE JAVIER RESTO-MIRANDA,<br>Defendants. | SUPERSEDING INDICTMENT<br><br>Criminal No. 18-066 (JAG)<br><br>VIOLATIONS:<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846<br>21 U.S.C. §§ 952(a), 960(a)(1) & (b)(1)(B), and 963<br><br>FORFEITURE:<br>Title 18, United States Code, Section 853<br><br>(TWO COUNTS &<br>FORFEITURE ALLEGATION) |

THE GRAND JURY CHARGES:

### COUNT ONE
Conspiracy to Possess With Intent to Distribute a Controlled Substance
Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846

Beginning on a date unknown, but no later than on or about January 27, 2018, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] MAXIMILIANO FIGARO-BENJAMIN,
[2] EMILIANO FIGARO-BENJAMIN,
[3] KATERIN MARTINEZ-ALBERTO,
[4] ALEXANDRIA ANDINO-RODRIGUEZ,
[5] BERNARDO COPLIN-BENJAMIN,
[6] JOSE JAVIER RESTO-MIRANDA,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury to commit an offense against the United States of America: to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## COUNT TWO
### Conspiracy to Import a Controlled Substance
### Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(1)(B), and 963

Beginning on a date unknown, but no later than on or about January 27, 2018, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] MAXIMILIANO FIGARO-BENJAMIN,
[2] EMILIANO FIGARO-BENJAMIN,
[3] KATERIN MARTINEZ-ALBERTO,
[4] ALEXANDRIA ANDINO-RODRIGUEZ,
[5] BERNARDO COPLIN-BENJAMIN,
[6] JOSE JAVIER RESTO-MIRANDA,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury to commit an offense against the United States of America: to import into the United States from a place outside thereof five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(1)(B), and 963.

**[Intentionally Left Blank]**

# NARCOTICS
# FORFEITURE ALLEGATION
### Title 21, United States Code, Section 853

1. The allegations contained in Count One and Two of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the defendants,

> [1] MAXIMILIANO FIGARO-BENJAMIN,
> [2] EMILIANO FIGARO-BENJAMIN,
> [3] KATERIN MARTINEZ-ALBERTO,
> [4] ALEXANDRIA ANDINO-RODRIGUEZ,
> [5] BERNARDO COPLIN-BENJAMIN,
> [6] JOSE JAVIER RESTO-MIRANDA,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense including, but not limited to:

3. If any of the property described above, as a result of any act or omission of the defendants:

> a. cannot be located upon the exercise of due diligence;
> b. has been transferred or sold to, or deposited with, a third party;
> c. has been placed beyond the jurisdiction of the court;
> d. has been substantially diminished in value; or
> e. has been commingled with other property which cannot be divided without difficulty,

**[Intentionally Left Blank]**

3

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

TRUE BILL

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

_____
José Capo-Iriarte
Assistant United States Attorney
Chief, Criminal Division

_____
Max J. Perez
Assistant United States Attorney
Deputy Chief, Narcotics Unit

_____
Sean R. Gajewski
Special Assistant United States Attorney

4